USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 09/19/18

UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CONTINENTAL CASUALTY COMPANY
a/k/a CNA a/s/o PATAGONIA ORGANICS, LLC,

        Plaintiff,

v.

SEALAND SERVICES INC., a division of
Maersk, Inc., MAERSK, INC., M/V Hannah
Schulte V.1602, her engines, boilers, M/V Hansa
Australia V.1610, her engines, boilers, etc.,
M/V Severing Maersk V. 1602, her engines,
boilers, etc., M/V Frisia Rotterdam V.1606, her
engines, boilers, etc., and JD & LA TRUCKING,
INC., and XYZ Corp.,

        Defendants.
---------------------------------------------------------------x

17-CV-405 (ALC)(BCM)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs and with prejudice.

_____
Gerard F. Smith, Esq.
Pezold Smith Hirschmann & Selvaggio, LLC
One Broadway, Suite 201
Denville, New Jersey 07834
*Attorneys for Plaintiff*

_____
James L. Ross, Esq.
Freehill Hogan & Mahar, LLP
80 Pine Street
New York, New York 10005
*Attorneys for Defendants, Sealand Services, Inc. and Maersk, Inc.*

SO ORDERED:

_____
9/19/18